965 A.2d 1207

**Alphonse John PRITCHARD, Appellant**

v.

**Jeffrey BEARD, Secretary of Pennsylvania Department of Corrections, Tony Miller, Director of Correctional Industries et al., Appellees.**

Supreme Court of Pennsylvania.

March 18, 2009.

### ORDER

PER CURIAM.

AND NOW, this 18th day of March, 2009, the Order of the Commonwealth Court is AFFIRMED.